THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Terry Demetrics Webb, Appellant.
 
 
 

Appeal From Oconee County
 Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2005-UP-286
Submitted April 1, 2005  Filed April 20, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Terry Webb appeals after pleading guilty to distribution of crack cocaine.  He argues his guilty plea failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  His counsel attached to the final brief a petition to be relieved as counsel, stating she reviewed the record and concluded Webbs appeal is without merit.  Webb filed a pro se response.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur.

[1]We decide this case without oral argument pursuant to Rule 215, SCACR.